Closed T-ehm # 95

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FOLEY ESTATES VINEYARD and WINERY LLC, a California limited liability company,<br><br>Defendants. | CASE NO. CV 03-9393 CBM<br><br>[~~PROPOSED~~]<br>ORDER ON CONSENT DECREE |

**GOOD CAUSE APPEARING FROM THE CONSENT DECREE SIGNED AND FILED BY THE PARTIES, it is ORDERED, ADJUDGED AND DECREED as follows:**

## I. JURISDICTION

A.  The Court has jurisdiction over the subject matter of and the parties to this Consent Decree pursuant to the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §122101, *et seq*.

B.  Defendant FOLEY ESTATES VINEYARD and WINERY LLC does not contest and has agreed not to contest the Court's jurisdiction to enter into and enforce this Consent Decree.

## II. DENIAL OF LIABILITY

The Court recognizes that defendant FOLEY ESTATES VINEYARD and WINERY LLC denies any and all legal or equitable liability under any federal, state or local statute, regulation or ordinance, or the common law, for any damages or claims caused by or arising out of the of FOLEY ESTATES VINEYARD and WINERY. The Court further recognizes that by entering into this Consent Decree, or by taking any action in accordance with it, defendant FOLEY ESTATES VINEYARD and WINERY LLC does not admit any allegations contained herein or in the complaint, nor does defendant, FOLEY ESTATES VINEYARD and WINERY LLC admit any liability for any purpose or admit any issue of law or fact or any responsibility for the alleged noncompliance of the FOLEY ESTATES VINEYARD and WINERY with the Americans with Disabilities Act of 1990 (ADA), Americans with Disabilities Act Accessibility Guidelines (ADAAG), Title 24 of the California Building Standards Code, or any other state or federal building code or statute.

## III. PURPOSE

The purpose of the Consent Decree is to resolve amicably the existing dispute between/among the parties hereto as to whether remedial improvements at the Winery are necessary to provide access to persons with disabilities and to settle the claims asserted against defendants in the complaint filed in this matter.

## IV. WORK TO BE PERFORMED

A. The Court recognizes that, in general, FOLEY ESTATES VINEYARD and WINERY LLC, has and shall continue to make FOLEY ESTATES VINEYARD and WINERY accessible to persons with disabilities in accordance with ADAAG or Title 24 of the California Code of Regulations.

B. Specifically, the Court finds that FOLEY ESTATES VINEYARD and WINERY LLC has caused or shall undertake measures to make the following elements of the FOLEY ESTATES VINEYARD and WINERY accessible. The Court further finds that such measures legally constitute the removal of architectural barriers as defined in the ADA and ADAAG, to persons with disabilities, and that such measures include:

    1.    Providing handicapped accessible parking signage for van parking;

    2.    Providing a van accessible parking stall;

    3.    Providing tow-a-way signage that includes the phone number for the appropriate law enforcement agency;

    4.    Providing directional signage for the path of travel leading into the wine tasting areas of the Gazebo and Craftsman style house;

    5.    Providing the ISA symbol of access at the Gazebo ramp and Craftsman style house;

    6.    Providing access to the Gazebo;

    7.    Providing access to the wine tasting room in the Craftsman style house;

    8.    Providing a unisex restroom;

    9.    Providing a lowered wine tasting counter in the Craftsman style house.

    C.    The work to be performed pursuant to this Consent decree, if not already completed, shall be completed by February 28, 2010.

    D.    The Court finds that the work set forth herein legally meets the "readily achievable" standard of the Americans with Disabilities Act of 1990 and that the attached Exhibit 1 to the Consent Decree accurately reflects the plan for access to the Craftsman style house.

## V. MODIFICATION

There shall be no modification to the Consent Decree without written approval of both parties hereto.

## VI. EFFECTIVE DATE

This Order on Consent Decree is effective upon the date of its entry by the Court.

## VII. CONTINUING JURISDICTION

The Court specifically retains jurisdiction over both the subject matter of and the parties to this action for the duration of the Consent Decree for the purpose of (1) hearing and ruling upon a Fee Application on behalf of DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS and (2) issuing such further orders or directions as may be necessary or appropriate to construe, implement, modify, enforce, terminate, or

reinstate the terms of the Consent Decree, including but not limited to attorneys' fees, costs and litigation expenses by either party incurred in enforcing the Consent Decree, or for any further relief as the interest of justice may require.

## VIII. TERMINATION AND SATISFACTION

A.   Upon (1) defendant FOLEY ESTATES VINEYARD and WINERY LLC completion of the work to be performed, as specified, pursuant to the Consent Decree, on or before February 28, 2010, whichever occurs earlier, and (2) a final determination and satisfaction of any order concerning a Fee Application, the Court's jurisdiction of this matter shall terminate unless the parties show good cause for the continuance of the Consent Decree.

The Clerk of this Court shall serve copies of this Order on the Parties.

**IT IS SO ORDERED.**

Dated: 6/24/09

Honorable Judge Consuelo B. Marshall
United States District Court Judge